# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3662
LT Case No. 2023-CF-000018-A

_____

TERRANCE LEE HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Terrance Lee Hayes, Chipley, pro se.

No Appearance for Appellee.

August 4, 2026

PER CURIAM.

AFFIRMED.

HARRIS, SOUD, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————